UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re MetaZoo, LLC                                                    No. 24-10874 (JPM)

### MOTION BY PING LI FOR RELIEF FROM AUTOMATIC STAY

Ping Li, by and through undersigned counsel, respectfully represents the following:

1. A petition filed pursuant to Chapter 7 of the United States Bankruptcy Code was filed on behalf of the above captioned debtor, a limited liability company, on May 20, 2024. This petition listed Ping Li as a creditor of MetaZoo, LLC.

2. Ping Li is an individual and is the owner of a warehouse located at 3051 Corvin Dr, Santa Clara, CA, . This warehouse was indeed leased; the monthly rent was $24,500.

3. However, the warehouse in question was not leased to MetaZoo LLC, but rather to an individual named Shaw James. Shaw James is not a petitioner to the above captioned matter, and likewise, MetaZoo LLC was not a party or a named beneficiary in the lease contract.

4. A limited liability company is a separate and distinct legal entity from any member of the company. *See*, *e.g.*, Cal. Corp. Code 17701.04(a). A leasing right or obligation does not pass between an LLC and a member without explicit agreement in writing to this effect. *See, e.g., Whittwood CA LLC v. Farmers & Merchants Bank*, 14 Cal. App. 5th 992 (Court of Appeals of California, Second District, 2017).

5. As such, movant Ping Li respectfully submits that the bankruptcy petition of MetaZoo LLC, a company not party to the lease or named as a beneficiary therein, does not create an automatic stay with regard to the lease in question, the only parties to whom were Ping Li and the individual Shaw James.

Respectfully submitted,

Nate Strand, Attorney for Ping Li
399 E 78th St Apt 1D
New York NY 10075
(646) 737-4639
nate.strand@icloud.com