UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re MetaZoo, LLC                                              No. 24-10874 (JPM)

### DECLARATION BY PING LI

1. My name is Ping Li and I am the movant in this motion. I am the owner of the warehouse located at 3051 Corvin Dr, Santa Clara, CA, 95051.

2. On April 1, 2022, I entered into an agreement to lease the warehouse to Shaw James for a period of two years, commencing on May 1, 2022 and ending on April 30, 2024, with the option to renew. The monthly rental payment pursuant to the lease was $24,500.

3. Shaw James and myself were the only parties to this lease. No one else was named as either a party or as a beneficiary to the lease agreement. Attached is a true and accurate copy of the lease agreement.

I affirm this seventh day of June, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____  6/19/2024
Ping Li, movant