UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re MetaZoo, LLC                                             No. 24-10874 (JPM)

## CERTIFICATE OF SERVICE

I hereby certify I certified a copy of the foregoing via ECF on 6/19/2024.

Nate Strand, Attorney for Ping Li
399 E 78th St Apt 1D
New York NY 10075
(646) 737-4639
nate.strand@icloud.com