UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re MetaZoo, LLC                                        No. 24-10874 (JPM)

## ORDER CONFIRMING THAT AUTOMATIC STAY DOES NOT APPLY TO THIS CHAPTER 7 CASE

Upon the motion ("the Motion") of Ping Li dated June 7, 2024, seeking an order pursuant to 11 U.S.C. § 362(c)(4)(A)(ii) and (j) confirming that the automatic stay under 11 U.S.C. § 362(a) is inapplicable in, and did not arise from the filing of, this chapter 7 case; and, after due service, there being no objections to the motion and it appearing that no prior cases under the Bankruptcy Code were filed by the above debtor and were pending within the year before the commencement of this case,

it is **ORDERED** that the Motion is granted. Pursuant to 11 U.S.C. § 362(c)(4)(A)(i) and (j), that the automatic stay under 11 U.S.C. § 362(a) did not take effect upon the filing of, and does not apply in, this chapter 7 case.

Dated: _____,20_24_
New York, New York

_____

United States Bankruptcy Judge